UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No.: 4:11-cv-02659 |
| | § | |
| $35,131.00 IN U.S. CURRENCY, | § | |
| | § | |
| Defendant in rem. | § | |

**CLAIM OF BEREKTI ABEBE JONES**

**TO THE HONORABLE LYNN N. HUGHES, U.S. DISTRICT JUDGE:**

Now comes Berekti Abebe Jones, Claimant, by and through her attorney, Bryce L. Callahan, pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and respectfully submits the following to the Court:

1. Claimant lives in Breaux Bridge, Louisiana.

2. The property which is the subject of this action is described as follows:

    $35,131.00 in U.S. Currency

3. Claimant is the owner of the above-described property.

4. Claimant reserves the right to amend this claim.

THEREFORE, Claimant respectfully requests that her claim against the above-described property be allowed and that she receives such further relief as the Court deems just and proper.

        Respectfully submitted,

        YETTER COLEMAN LLP

        By:    /s/ Bryce L. Callahan
                  Bryce L. Callahan
                  Texas State Bar No. 24055248
                  Federal ID No. 680539
                  909 Fannin, Suite 3600
                  Houston, Texas 77010
                  (713) 632-8000
                  (713) 632-8002 (Fax)
                  bcallahan@yettercoleman.com

        ATTORNEYS FOR CLAIMANT

## VERIFICATION

I, Berekti Abebe Jones, Claimant, declare that I have read the foregoing Claim, and that the facts stated therein are based on my personal knowledge. I declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746(2), that the foregoing Claim is true and correct. Executed on the 19 day of August, 2011.

Berekti Abebe Jones, Claimant

## CERTIFICATE OF SERVICE

    I hereby certify that on August ___, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will send notification of such filing to the following:

Albert Ratliff
Assistant U.S. Attorney
P.O. Box 61129
Houston, Texas 77208

                                                /s/ Bryce L. Callahan
                                                Bryce L. Callahan