UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § Civil Action No.: 4:11-cv-02659 |
| | § |
| $35,131.00 IN U.S. CURRENCY, | § |
| | § |
| Defendant in rem. | § |

## CLAIM OF KYLE DANIEL JONES

### TO THE HONORABLE LYNN N. HUGHES, U.S. DISTRICT JUDGE:

Now comes Kyle Daniel Jones, Claimant, by and through his attorney, Bryce L. Callahan, pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and respectfully submits the following to the Court:

1. Claimant lives in Breaux Bridge, Louisiana.

2. The property which is the subject of this action is described as follows:

   $35,131.00 in U.S. Currency

3. Claimant is the owner of the above-described property.

4. Claimant reserves the right to amend this claim.

THEREFORE, Claimant respectfully requests that his claim against the above-described property be allowed and that he receives such further relief as the Court deems just and proper.

Respectfully submitted,

YETTER COLEMAN LLP

By:   /s/ Bryce L. Callahan
Bryce L. Callahan
Texas State Bar No. 24055248
Federal ID No. 680539
909 Fannin, Suite 3600
Houston, Texas 77010
(713) 632-8000
(713) 632-8002 (Fax)
bcallahan@yettercoleman.com

ATTORNEYS FOR CLAIMANT

## VERIFICATION

I, Kyle Daniel Jones, Claimant, declare that I have read the foregoing Claim, and that the facts stated therein are based on my personal knowledge. I declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746(2), that the foregoing Claim is true and correct. Executed on the __19__ day of August, 2011.

_____
Kyle Daniel Jones, Claimant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will send notification of such filing to the following:

Albert Ratliff
Assistant U.S. Attorney
P.O. Box 61129
Houston, Texas 77208

/s/ Bryce L. Callahan
Bryce L. Callahan