United States District Court      Southern District of Texas

The United States of America, § § §
    Plaintiff, § §
versus §      Civil Action H-11-2659 §
$35,131.00 in United States Currency, § § §
    Defendant. §

## Order to Stay

This case is stayed pending the government's verification that the Joneses will not be criminally investigated. (13)

Signed on September 13, 2011, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge