| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

The United States of America, §
§
    Plaintiff, §
§
versus § Civil Action H-11-2659
§
$35,131.00 in United States Currency, §
§
    Defendant. §

## Scheduling Order

1. By noon on March 7, 2012, the United States must deposit the $34,131.00 into the registry of the court.

2. The United States must give the Joneses a copy of its file on them.

3. By March 19, 2012, the parties must submit their:

    A. Proposed findings and conclusions;

    B. Witness lists, including a brief description of the person; and

    C. Exhibit lists.

Signed on March 6, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge