United States District Court     Southern District of Texas

| | | |
|---|---|---|
| United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-11-2659 |
| $35,131.00 in United States Currency, | § § § | |
| Defendant. | § | |

## Trial Setting

A bench trial is set for:

March 27, 2012,
9:00 a.m.
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002.

Signed on March 14, 2012, at Houston, Texas.

                             Lynn N. Hughes   USDJ
                          United States District Judge