UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:11-cv-02659 |
| | § | |
| $35,131.00 IN U.S. CURRENCY, | § | |
| Defendant in rem. | § | |

**PLAINTIFF'S RESPONSE TO CLAIMANTS'
MOTION FOR ATTORNEY'S FEES AND COST**

The Court has ordered the United States to pay the Claimants' attorneys fees and costs. Dkt. # 57. The Claimants have moved for payment in attorney's fees and litigation costs in the amount of $37,845.83 under 28 U.S.C. § 2465(b)(1)(A). Dkt. # 56. The Court ordered the United States to respond to Claimants' motion, Dkt # 59. The United States does not oppose the Claimant's request for payment of attorneys fees and costs in that amount.

Respectfully submitted,

Kenneth Magidson
United States Attorney

By: /s/ Albert Ratliff
Albert Ratliff
Attorney-in-Charge

>
> NY Bar No. 1073907
> SDTX Bar No. 6764
> Assistant United States Attorney
> United States Attorney's Office
> P. O. Box 61129
> Houston, Texas  77208
> E-mail: albert.ratliff@usdoj.gov
> Office: (713) 567-9579
> Fax: (713) 718-3300

**CERTIFICATE OF SERVICE**

Service on Bryce Lee Callahan, attorney for the Claimants and a filing user, will be automatically accomplished through the Notice of Electronic Filing.

>
> /s/ Albert Ratliff
> Albert Ratliff
> Assistant United States Attorney