

Thank you Judge Hughes
AuntTurtle
to:
LNH
04/05/2012 05:18 PM
Hide Details
From: AuntTurtle@aol.com

To: LNH@txs.uscourts.gov

Thank you Judge Hughes for your decision and your clearly-written, concise statement in the case involving the $31,000, the TSA, and the Ethiopian family. I read about the case on www.powerlineblog.com. You are a credit to the bench.

Trudy Barna-Lloyd (Mrs. John)
San Jacinto County, Texas