

**4:11-cv-02659 Document 57**
Ken Griffith   to: LNH

04/06/2012 01:58 PM

From:   Ken Griffith <ken@kengriffith.net>
To:   LNH@txs.uscourts.gov

The Honorable Lynn Hughes has proved himself a man among men, by this ruling.

Truly I had thought that there were no federal judges left with either decency or a backbone, but I am happy to say that Judge Hughes has renewed my faith in the bench.

Ken Griffith
Nairobi, Kenya